IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHARLES EDWARD BIRTCH, <br><br> Plaintiff, <br><br> v. <br><br> ROWAN COUNTY JAIL et al., <br><br> Defendants. | 1:26-CV-57-DAB-LPA |

## **ORDER**

This matter is before the Court for review of the Order and Recommendation filed on January 22, 2026. (D.E. 3.) The Magistrate Judge recommends dismissing Plaintiff's action sua sponte without prejudice to Plaintiff filing a new complaint on the proper § 1983 forms. The deadline for objections passed on February 9, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation (D.E. 3) is ADOPTED and this action is DISMISSED WITHOUT PREJUDICE.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 27th day of February, 2026.

                                          /s/ David A. Bragdon
                                          United States District Judge